# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                      CASE NO. 4:18cv81-RH/CAS

GADSDEN COUNTY SCHOOLS,
WEST GADSDEN MIDDLE
SCHOOL,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the amended complaint is nearly identical to the complaint in another case and in any event fails to state a claim on which relief can be granted. A plaintiff sometimes would be given leave to file an amended complaint. But this plaintiff has filed 31 cases in this court, almost always with vague and conclusory allegations insufficient to

withstand dismissal. No purpose would be served by granting leave to amend further.

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

    2. The clerk must enter judgment stating, "This case is dismissed for failure to state a claim upon which relief may be granted."

    3. The plaintiff's pending motion, ECF No. 8, is denied as moot.

    4. The clerk must close the file.

    SO ORDERED on July 14, 2018.

                            s/Robert L. Hinkle  
                            United States District Judge